IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 23 PM 4:44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware Corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware Corporation,<br><br>    Plaintiffs,<br><br>KENNETH ROBUCK<br><br>    Defendant. | No. 05-2843-D P |

## ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFFS' COMPLAINT FOR COPYRIGHT INFRINGEMENT

This cause came to be heard upon Defendant's Motion to Extend Time to Respond to Plaintiffs' Complaint for Copyright Infringement, upon the accompanying Memorandum; and it appearing from the Defendant's motion as aforesaid that counsel for the Plaintiffs are not opposed to Defendant's motion for additional time to respond; and it further appearing for good cause shown, IT IS HEREBY ORDERED:

That the Defendant, Kenneth Robuck, is hereby granted an extension of time to file his response to Plaintiffs' Complaint for Copyright Infringement filed in this cause through the close of business on January 19, 2006.

_____
JUDGE

Date: December 23, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/26/05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02843 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Alexandra N. DeNeve
LOEB & LOEB, LLP
345 Park Avenue
New York, NY 10154

David F. Leake
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Bradley E. Trammell
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT